## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **YA TAO WANG,** *et al.*,<br><br>     **Plaintiffs,**<br><br>     v.<br><br>**AN DA NJ CONSTRUCTION LLC,** *et al.*,<br><br>     **Defendants.** | **Case No. 18–cv–11347–KM–ESK**<br><br>**ORDER** |

    **THIS MATTER** having been settled, in principle, during the settlement conference on January 12, 2022 (ECF No. 106); and the Court having directed plaintiffs to file a motion to approve the settlement agreement (Approval Motion) by March 18, 2022 (*id.*); and plaintiffs having requested an extension of time to file the Approval Motion from March 18, 2022 to April 1, 2022 (ECF No. 107); and the Court having granted the extension request and scheduled a telephone status conference for April 6, 2022 (ECF No. 108); and plaintiffs' counsel having called chambers on April 6, 2022 advising that defendants' counsel could not appear for the telephone status conference; but plaintiffs having failed to file the Approval Motion by the deadline of April 1, 2022,

    **IT IS** on this   **6th** day of **April 2022**   **ORDERED** that:

    1.    This matter is administratively terminated.

    2.    Plaintiffs may move, by formal motion, to reinstate this matter. The motion to reinstate this matter shall also incorporate the Approval Motion, and shall also provide an explanation for plaintiffs' counsel's failure to timely file the Approval Motion.

                                                              */s/ Edward S. Kiel*
                                                             **EDWARD S. KIEL**
                                                             **UNITED STATES MAGISTRATE JUDGE**