**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
------------------------------------------------------------------x
YA TAO WANG and
WEITIIAN ZHANG,
*on behalf of themselves and others similarly situated,*

                                    Plaintiffs,      Case No. 18-cv-11347 (KM) (ESK)

                 v.                    **UNOPPOSED MOTION TO REINSTATE**

AN DA NJ CONSTRUCTION LLC,
AN DA EMPIRE LLC,
AN DA EASTERN LLC,
AN DA GREEN ENERGY LLC,
BO LING WU
    a/k/a Boling Wu,
DAI BAO WU,
RUOBO CHEN,
CHIAN WEI WU, and
SHING WOAN WU
    a/k/a Jimmy Wu,

                                  Defendants.
------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that upon the annexed unopposed Declaration of Aaron B. Schweitzer, all exhibits attached thereto, and the annexed Memorandum of Law, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the District of New Jersey, before the Honorable Magistrate Judge Edward S. Kiel for an Order reinstating this action to the active calendar, incorporating the Approval Motion with an explanation for failure to timely file the Approval Motion.

Dated: Flushing, NY
      May 29, 2022

                                            TROY LAW, PLLC
                                            *Attorneys for Plaintiffs*

                                            */s/* Tiffany Troy
                                            Tiffany Troy
                                            41-25 Kissena Boulevard
                                            Suite 103
                                            Flushing, NY 11355
                                            Phone (718) 762-1324
                                            troylaw@troypllc.com