# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **YA TAO WANG,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **AN DA NJ CONSTRUCTION LLC,** *et al.*, <br><br> **Defendants.** | Case No. 18–cv–11347–ESK <br><br><br> **ORDER** |

    **THIS MATTER** having come before the Court on plaintiffs' "unopposed motion to reinstate" filed on May 29, 2022 (Motion) (ECF No. 110); and the Court having granted that portion of the Motion seeking to reinstate this matter (ECF No. 116); and plaintiffs, through the Motion, also seeking approval of the settlement between the parties (ECF No. 110-2); and District Judge Kevin McNulty having directed plaintiffs' counsel to file an affidavit clarifying certain information relating to the request for the award of legal fees (ECF No. 113); and plaintiffs' counsel having filed an affidavit in response to Judge McNulty's order (ECF No. 115); and for the reasons stated on the record on November 3, 2022,

    **IT IS** on this **3rd** day of **November 2022** **ORDERED** that:

1. The settlement (ECF No. 110-2 pp. 6–37) is approved.

2. The Clerk of the Court is directed to close this matter.

                                               */s/ Edward S. Kiel*
                                               **EDWARD S. KIEL**
                                               **UNITED STATES MAGISTRATE JUDGE**